In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No.
06-10-00011-CV

                                                ______________________________

 

 

 

                                                                        IN
RE:

ENBRIDGE
PIPELINES (EAST TEXAS) L.P.

 

 

                                                                                                  


 

                                                                                                                            


                                                     Original
Mandamus Proceeding

 

                                                                                                  


 

 

 

 

                                          Before
Morriss, C.J., Carter and Moseley, JJ.

                                              Memorandum
Opinion by Justice Carter

 

                                                                              

                                                                              








                                                      MEMORANDUM
OPINION

 

            Enbridge Pipelines (East Texas)
L.P., Relator, has filed a motion stating that it wishes to withdraw its
petition for writ of mandamus.  The
relator represents to this Court that the parties have reached a “compromise
and settlement agreement, resolving all issues presently pending before the
Court.”  In such a case, no real
controversy exists, and in the absence of a controversy, the appeal is moot.

            Accordingly,
we dismiss relator’s petition for writ of mandamus as moot.  See
Tex. R. App. P. 42.1.

 

                                                                        Jack
Carter

                                                                        Justice

 

Date
Submitted:          March 8, 2010

Date
Decided:             March 9, 2010